UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY,<br><br>        Defendant. | No. 2:18-cv-0957-EFB P<br><br>ORDER |

      Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed two requests for an extension of time to file an in forma pauperis application, as well as two motions for a preliminary injunction, and a motion for help in which he requests that the court direct jail personnel to provide him with the paperwork necessary to complete his in forma pauperis application. ECF Nos. 4, 5, 9, 10, 11. In all of his motions, plaintiff asserts that jail staff are not returning his completed in forma pauperis application. *Id.* The requests for preliminary injunction and request for help will be construed as additional motions for extensions of time and plaintiff will be given an additional thirty days to file his completed application. Additionally, the Clerk of the Court will be directed to send a courtesy

/////
/////
/////

1

copy of this order to Lieutenant Ramos, who plaintiff states is responsible for processing his requests for the necessary paperwork.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for preliminary injunction (ECF Nos. 4, 5) and motion for help (ECF No. 10) are construed as motions for an extension of time to file an application to proceed in forma pauperis.

2. Plaintiff's motions for an extension of time (ECF Nos. 4, 5, 9, 10, 11) are granted.

3. Plaintiff is granted thirty days from the service of this order in which to file a completed in forma pauperis application. If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials. Failure to comply with this order may result in dismissal.

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

5. The Clerk of the Court shall serve a courtesy copy of this order on Lieutenant Ramos at the Sacramento Main Jail, 651 I Street, Sacramento, CA 95814.

DATED: June 13, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Court records show that plaintiff currently has forty pending cases, some of which include a completed in forma pauperis application and some of which do not. At this stage, the court will assume that any delays are a result of either the volume of plaintiff's requests or confusion surrounding which of plaintiff's numerous cases still require completed applications.

2