UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON HUMES,

    Plaintiff,

v.

SACRAMENTO COUNTY,

    Defendant.

No. 2:18-cv-0957-EFB P

ORDER

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed another request for an extension of time to file an in forma pauperis application, as well as a proposed order to grant preliminary injunctive relief. ECF Nos. 15, 16. He continues to assert that jail staff are not returning his completed in forma pauperis application. *Id.* Good cause appearing, plaintiff will be given an additional thirty days to file his completed application. Additionally, the Clerk of the Court will be directed to send a courtesy copy of this order to Lieutenant Ramos, who plaintiff states is responsible for processing his requests for the necessary paperwork.[1]

/////

---

[1] Court records show that plaintiff currently has forty pending cases, some of which include a completed in forma pauperis application and some of which do not. At this stage, the court will assume that any delays are a result of either the volume of plaintiff's requests or confusion surrounding which of plaintiff's numerous cases still require completed applications.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file an application to proceed in forma pauperis (ECF No. 15) is granted.

2. Plaintiff is granted thirty days from the service of this order in which to file a completed in forma pauperis application. If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials. Failure to comply with this order may result in dismissal.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

4. The Clerk of the Court shall serve a courtesy copy of this order on Lieutenant Ramos at the Sacramento Main Jail, 651 I Street, Sacramento, CA 95814.

DATED: July 25, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE